## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Braun,<br><br>Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC, *a foreign limited liability company*,<br><br>Defendant. | CIVIL FILE NO.: 10-CV-4942 (DSD/AJB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**MARSO AND MICHELSON, P.A.**

Dated: February 14, 2011

By: s/Patrick L. Hayes
Patrick L. Hayes (0389869)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
Telephone: 612-821-4817
phayes@marsomichelson.com