# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Braun,<br><br>    Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC, *a foreign limited liability company*,<br><br>    Defendant. | CIVIL FILE NO.: 10-CV-4942 (DSD/AJB)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant is hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.**  Each party shall bear their own costs and attorneys' fees.

BY THE COURT:

Dated:  February 14, 2011

s/David S. Doty
David S. Doty, Judge
United States District Court